THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANZE R. MASON, Appellant.

Submitted August 22, 2016; decided September 15, 2016

Motion to vacate this Court's July 27, 2016 preclusion order granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN STATON, Appellant.

Submitted September 12, 2016; decided September 15, 2016

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

In the Matter of ALAN M. SIMON, a Justice of the Spring Valley Village Court and the Ramapo Town Court, Rockland County, Petitioner. STATE COMMISSION ON JUDICIAL CONDUCT, Respondent.

Submitted September 12, 2016; decided September 15, 2016

Motion by James D. Licata, Rockland County Public Defender, for leave to file a brief amicus curiae on the request for review herein dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.23 [a]).